UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE MICHAEL ANTHONY,

        Plaintiff,                          Case No. 1:04-CV-67

v.                                          HON. DAVID W. McKEAGUE

VILLAGE OF ELK RAPIDS and
MICHAEL MILES, in his individual
and official capacity,

        Defendants.
_____/

**JUDGMENT ORDER**

    In accordance with the Court's written opinion of even date,

    **IT IS HEREBY ORDERED** that defendants' motion for summary judgment, challenging both of plaintiff's claims against both defendants, is **GRANTED** in its entirety; and

    **IT IS FURTHER ORDERED** that **JUDGMENT** is hereby **AWARDED** to defendants Village of Elk Rapids and Michael Miles on both of plaintiff George Michael Anthony's claims against them.

Dated: April 20, 2005                                    /s/   David W. McKeague
                                                              HON. DAVID W. McKEAGUE
                                                              UNITED STATES DISTRICT JUDGE